UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Shelter-Kit, Inc.</u>

    v.          Case No. 12-cv-174-SM

<u>John Lin and Marilee Lin</u>

<u>O R D E R</u>

  Shelter-Kit, Inc. filed a document conventionally in an ECF case.   Counsel for Shelter-Kit, Inc. was instructed to register for ECF within thirty (30) days.   Our records reflect counsel has not registered.   As a courtesy, counsel's law firm was contacted on June 12, 2012, with a reminder that Attorney Hayes needed to register for electronic case filing.   Counsel shall either register or move for an exemption pursuant to Administrative Procedures for Electronic Case Filing 2.1(b) by July 6, 2012.   If counsel fails to register by this date, all conventionally filed documents from this date forward will be stricken.

  SO ORDERED.

Date: June 25, 2012

```
/s/ Steven J. McAuliffe
```
Steven J. McAuliffe
United States District Judge

cc: Patrick T. Hayes, Esq.
   Michael J. Persson, Esq.